**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

STEPHEN CHARLES HALE,                         )
                                              )
              Petitioner,                     )
                                              )
v.                                            )        Case No. CIV-26-356-J
                                              )
GRADY COUNTY SHERIFF,                         )
                                              )
              Respondent.                     )

**ORDER**

Petitioner, a state pre-trial detainee, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Amanda L. Maxfield for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 4]. On March 11, 2026, Judge Maxfield issued a Report and Recommendation recommending that the Petition for Writ of Habeas Corpus be dismissed without prejudice. [Doc. No. 6]. Petitioner was advised of his right to object to the Report and Recommendation by April 1, 2026. On March 24, 2026, Petitioner filed objections to the Report and Recommendation, which triggers de novo review. [Doc. No. 7]. Having carefully reviewed the § 2241 petition, the Report and Recommendation, and Petitioner's objections de novo, the Court agrees with Judge Maxfield's conclusions that this Court should abstain from addressing claims relating to Petitioner's ongoing state criminal proceedings and that the Petition should be dismissed without prejudice.

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 6] and DISMISSES Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 without prejudice.

IT IS SO ORDERED this 26th day of March, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE